IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRELL E. NEWMAN, | ) | 4:13CV3097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MIKE MYERS, Director of Douglas County Correction, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration, which the court liberally construes as a Motion for Relief pursuant to Fed. R. Civ. P. 59(e). (Filing No. 12.) For the reasons discussed below, the Motion is denied.

On July 31, 2013, the court dismissed this matter for failure to state a claim upon which relief may be granted. (Filing Nos. 10 and 11.) On August 7, 2013, Plaintiff filed a Motion for Reconsideration. (Filing No. 12.) In his Motion, Plaintiff reasserts his claims and, when liberally construed, asks the court to set aside the Order and Judgment under Fed. R. Civ. P. 59(e). (*Id*.)

"Rule 59(e) motions serve the limited function of correcting manifest errors of law or fact or to present newly discovered evidence . . . . Such motions cannot be used to introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment." *U.S. v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (internal citations and quotations omitted).

The court has carefully reviewed Plaintiff's Motion and finds that he is not entitled to relief under Rule 59(e). Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 12), liberally construed as a Motion for Relief pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED this 6th day of September, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.